# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 18-cv-03813-BLF<br><br>**ORDER REASSIGNING CASE TO MAGISTRATE JUDGE** |

Both parties have voluntarily consented to have a magistrate judge conduct all further proceedings in this case. ECF 11, 12. Accordingly, the Court DIRECTS the Clerk to reassign the case to a magistrate judge.

**IT IS SO ORDERED.**

Dated: August 28, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge